IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CR-00081-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DONNELL STURDIVANT SR. | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the defendant's pro se letter asking for assistance in restoring Social Security benefits. (Doc. No. 26).

The defendant's sentence for Theft of Government Funds included restitution to the Social Security Administration (SSA) in the amount of $18,852, payable in monthly installments of $50. (Doc. No. 23: Judgment). On October 13, 2016, the Court remitted the restitution based on a showing that the SSA had waived the restitution balance and restored the defendant's benefits. (Doc. No. 25). In the instant motion, the defendant references contrary communication by the SSA that benefits will not be restored until August 2018; however, the defendant has not shown that the Court has authority in this criminal case to order the restoration of benefits.

**IT IS, THEREFORE, ORDERED** that the defendant's request, (Doc. No. 26), is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and the United States Attorney.

Signed: November 29, 2016

Robert J. Conrad, Jr.
United States District Judge